UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 03-10234-MLW |
| JOHN GILLES, | ) |
| BENJAMIN SILVER, and | ) |
| JOSHUA GOLDSMITH | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Robert L. Peabody, defendant John Gillies, by his attorney John Salsberg, Esq., and defendant Ben Silver, by his attorneys Martin Weinberg, Esq. and Robert Goldstein, Esq., move this Honorable Court to continue the Status Conference now scheduled for Friday, May 14, 2004 at 10:30 a.m. to a date 30 days out, or another time and date convenient to the Court.[1]

In support, the parties state that the purpose of the May 14, 2004 hearing was for the Court to address discovery motions should any be filed by defendants. On April 26, 2004, defendants filed one such motion moving for an "independent weighing" of the marijuana seized in this case, since the gross weight reported by the government for the marijuana seized in this case was 235

---

[1] A Second Superseding Indictment was returned o May 4, 2004, adding Joshua Goldsmith as a defendant in this case. A warrant for his arrest has been issued, however, defendant Goldsmith has not been apprehended.