✈AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 03-10234-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Joshua Goldsmith

Date: 5/25/04

Signature: [signed]

Print Name: Stephen Hrones

Address: Hrones + Garrity

City: Lewis Wharf, Bay 232
Boston    State: [blank]    Zip Code: 02110

Phone Number: 617 227-4017