UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10234-MLW

UNITED STATES OF AMERICA

v.

JOHN GILLES,
BENJAMIN SILVER,
and JOSHUA GOLDSMITH

**FURTHER ORDER ON EXCLUDABLE TIME**

July 1, 2004

DEIN, M.J.

An Interim Status Conference was held before this court on July 1, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 1, 2004 through August 6, 2004,

the period between the Interim Status Conference and the next Interim Status Conference.

Based upon the prior orders of the court dated October 3, 2003, November 6, 2003, December 17, 2003, January 23, 2004, February 11, 2004, March 24, 2004, May 14, 2004, June 14, 2004, the agreement of the parties as detailed in the joint Initial Status Conference Report dated November 6, 2003, and this order, at the time of the next Interim Status Conference on August 6, 2004, there will be zero (0) days of non-

excludable time under the Speedy Trial Act, and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

          / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge