# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

v.

**JOSHUA GOLDSMITH**

WARRANT FOR ARREST

Case Number: 1:03-cr-10234-MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSHUA GOLDSMITH**
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

XX INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH (brief description of offenses)

conspiracy to possess with intent to distribute marijuana, a Schedule I controlled substance (Count One); possession with intent to distribute marijuana, a Schedule I controlled substance (Counts Two and Three);

in violation of Title __21__ United States Code, Sections __846 and 841(a)(1)__.

Catherine M. Gawlik                               Supervisor
Name of Issuing Officer                          Title of Issuing Officer

Catherine M. Gawlik                               Boston 5-4-04
Signature of Issuing Officer                     Date and Location

Bail fixed at $ _____           BY _____

---

**RETURN**

UNITED STATES MARSHALS SERVICE
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 1-500
BOSTON, MASS 02210
ATTN: WARRANTS

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT

AT

| DATE RECEIVED 05/06/2004 | NAME AND TITLE OF ARRESTING OFFICER UNITED STATES MARSHALS SERVICE UNITED STATES COURTHOUSE 1 COURTHOUSE WAY, SUITE 1-500 BOSTON, MASS 02210 ATTN: WARRANTS | SIGNATURE OF ARRESTING OFFICER UNITED STATES MARSHALS SERVICE UNITED STATES COURTHOUSE 1 COURTHOUSE WAY, SUITE 1-500 BOSTON, MASS 02210 ATTN: WARRANTS |
|---|---|---|
| DATE OF ARREST 05/25/2004 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: ___JOSHUA GOLDSMITH___

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: __Male_____   RACE: _____CAUCASIAN__

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____