UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)   NO. 03-10234-MLW<br>BENJAMIN SILVER,      )<br>        Defendant   )<br>                      ) | |

## Joint Motion to Continue Final Status Conference

Now come the defendants, Benjamin Silver, John Gillies, and Joshua Goldsmith, by and through their respective counsel, and the United States of America, by and through Assistant U.S. Attorney Robert Peabody, and hereby jointly move the Court for an order continuing the final status conference, presently scheduled for Wednesday, September 22, 2004, to the afternoon of October 6, 2004. As grounds and reasons therefore, the parties state that Assistant U.S. Attorney Robert Peabody still has not received final answers from certain individuals within the U.S. Attorney's Office on issues relating to a potential pretrial resolution for one or more of the defendants. Additionally, Assistant U.S. Attorney Peabody is presently on trial in the matter of United States v. Foster (02-10305-JLT).

Wherefore, the parties jointly request that the instant motion be allowed, thereby continuing the final status conference to the afternoon of October 6, 2004. .

| | | |
|---|---|---|
| Benjamin Silver,<br>By His Counsel, | John Gillies,<br>By His Counsel, | United States<br>By Its Counsel, |
| /s/ Robert M. Goldstein<br>114 State Street<br>Boston, MA  02109<br>(617) 742-9015<br>Mass. Bar. No. 630584 | /s/ John Salsberg<br>Salsberg & Schneider<br>95 Commercial Wharf<br>Boston, MA 02110<br>(617) 227-7788 | /s/ Robert Peabody<br>Assistant U.S. Attorney<br>U.S. Atty.'s Office, 9th Floor<br>United States Courthouse<br>Boston, MA  02210<br>(617) 748-3100 |

Joshua Goldsmith
By His Counsel,

/s/ Stephen B. Hrones
Hrones & Garrity
Lewis Wharf - Bay 232
Boston, MA 02110
(617) 227-4019

DATED: September 21, 2004