UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10234-MLW

UNITED STATES OF AMERICA

v.

JOHN GILLES,
BENJAMIN SILVER,
and JOSHUA GOLDSMITH

**FURTHER ORDER ON EXCLUDABLE TIME**

September 22, 2004

DEIN, M.J.

  A Final Status Conference was scheduled before this Court for September 22, 2004. The parties have jointly requested a continuance in order to continue discussions regarding a possible pretrial resolution of this matter. Therefore, this court orders the following period of time excludable from the time period within which trial must commence:

September 22, 2004 - October 6, 2004

that being the time between the Final Status Conference as originally scheduled and the Conference as rescheduled.

  **The Final Status Conference has been rescheduled for October 6, 2004 at 3:15 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference. In**

**addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

           / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge