United States District Court
District of Massachusetts

|  |  |  |
|---|---|---|
| **United States** | ) ) ) |  |
| v. | ) ) | Case No. : 03-cr10234MLW |
| **John Gillies, et. al.** | ) ) ) |  |

## ASSENTED-TO MOTION TO EXTEND TIME
## FOR FILING MOTIONS TO SUPPRESS

John Gillies, Benjamin Silver, and Joshua Goldsmith, the defendants in the above-entitled case, move that this Court extend the time for filing motions to suppress until January 10, 2005.

In support of this motion, the defendant states as follows.

1. Counsel for the defendants have engaged in discussion with the Government regarding a potential resolution of the case.

2. Additional time is needed to complete those discussions.

3. The government has made a plea offer that would involve the government's not filing notice pursuant to 21 U.S.C. § 851 regarding minimum mandatory sentences based on prior convictions and the defendants' forgoing their right to file motions to suppress. The defendants are currently considering this offer.

4. Counsel for the defendants and for the Government have assented to

this motion.

ASSENTED TO:

| | |
|---|---|
| United States of America<br>By its attorney, | JOHN GILLIES<br>By his attorney, |
| /s/ Robert Peabody<br>AUSA Robert Peabody<br>United States District Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617-748-3100 | /s/ John Salsberg<br>John Salsberg<br>B.B.O. No. 439300<br>Salsberg & Schneider<br>95 Commercial Wharf<br>Boston, MA 02110<br>617-227-7788 |
| BENJAMIN SILVER<br>By his attorney, | JOSHUA GOLDSMITH<br>By his attorney, |
| /s/ Martin G. Weinberg<br>Martin G. Weinberg<br>Oteri, Weinberg & Lawson<br>20 Park Plaza<br>Boston, MA 02116<br>617-227-3700 | /s/ Stephen B. Hrones<br>Stephen B. Hrones<br>Hrones & Garrity<br>Lewis Wharf—Bay 232<br>Boston, MA 02110<br>617-227-4019 |