AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSHUA GOLDSMITH

**WARRANT FOR ARREST**

Case Number:   03-10234-MLLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __JOSHUA GOLDSMITH__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions of Release

in violation of _____ United States Code, Section(s) _____

Thomas F. Quinn
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 8, 2004   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |