AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSHUA GOLDSMITH

**WARRANT FOR ARREST**

Case Number:   03-10234-MLLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSHUA GOLDSMITH
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions of Release

in violation of _____ United States Code, Section(s) _____

Thomas F. Quinn
Name of Issuing Officer

/s/ Thomas F. Quinn
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 8, 2004   Boston, MA
Date and Location

RECEIVED
2004 NOV 10 P 12: 26
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant   USMS
WARRANT EXECUTED BY
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 11/17/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |