UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) Criminal No. 03-CR-10234-MLW <br> ) |
| **JOHN GILLIES, et al.** | ) <br> ) |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   _/s/ Susan M. Poswistilo_
SUSAN M. POSWISTILO
Assistant U.S. Attorney
One Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3267

December 14, 2004