```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                             ) | **Criminal No. 03-CR-10234-MLW** |
| ) | |
| **JOHN GILLIES, a/k/a "Robert** ) | |
| **Burgess," and a/k/a "David** ) | |
| **Martino,"** ) | |
| **BEN SILVER, a/k/a "Matthew** ) | |
| **C. Long," and** ) | |
| **JOSHUA GOLDSMITH,** ) | |
| Defendants.           ) | |

### PARTIES' STATUS REPORT

The United States of America, by its attorney, Michael J. Sullivan, and the defendants, John Gillies, Ben Silver and Joshua Goldsmith, through their undersigned counsel, pursuant to the Court' order of December 8, 2004, report the following:

1. The undersigned counsel for the government has been newly assigned this matter, as previous counsel, Robert L. Peabody, has departed from the U.S. Attorney's Office.

2. Defendants Silver and Gillies are in plea negotiations with the government. Defendant Gillies has recently requested additional factual information from the government which the undersigned has agreed to provide. Defendant Silver has requested Probation to assess his criminal history and expects to continue and finalize negotiations upon receiving this information.

3. Defendant Goldsmith is not involved in plea negotiations at this time, and intends to file a motion to suppress by January

10, 2005, the time ordered by the Court in which motions are to be filed.

| | |
|---|---|
| FOR DEFENDANT SILVER | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Martin G. Weinberg<br>MARTIN G. WEINBERG | By: /s/Susan M. Poswistilo<br>SUSAN M. POSWISTILO<br>Assistant U.S. Attorney |
| FOR DEFENDANT GILLIES | FOR DEFENDANT GOLDSMITH |
| /s/ John Salsberg<br>JOHN SALSBERG | /s/ Stephen B. Hrones<br>STEPHEN B. HRONES |