UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 03-10234-MLW |
| v. | ) | |
| JOSHUA GOLDSMITH et al. | ) | |

**DEFENDANT JOSHUA GOLDMITH'S MOTION TO SUPPRESS EVIDENCE**

Now comes the Defendant, Joshua Goldsmith, and respectfully requests that this Honorable Court suppress the evidence found in the package rerouted from California to North Carolina, and all the fruits that flow there from. As grounds for this Motion, the Defendant states the following:

1. The package was seized without a warrant or exigent circumstances. See Const. Amend. IV.

2. The package was searched with a warrant unsupported by probable cause. See Const. Amend. IV.

3. Further grounds for this Motion can be found in the *Defendant Joshua Goldsmith's Memorandum of Law in Support of his Motion to Suppress Evidence*, attached hereto and incorporated by reference herein.

Respectfully Submitted By,
Joshua Goldsmith,
By His Attorneys,


//S//Stephen Hrones_____
Stephen Hrones

1

              BBO # 242860
              Jessica D. Hedges
              BBO # 645847
              Hrones and Garrity
              Lewis Wharf -- Bay 232
              Boston, MA  02110-3927

Dated: January 10th, 2005