UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) Crim. No. 03-10234-MLW |
|  | ) |
| v. | ) |
|  | ) |
| JOSHUA GOLDSMITH, *et al.*, | ) |
| Defendants | ) |
|  | ) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the District Court and are available in paper form only:

1. Exhibit "1" to the Defendant Joshua Goldsmith's Memorandum Of Law In Support Of His Motion To Suppress Evidence.

2. Exhibit "2" to the Defendant Joshua Goldsmith's Memorandum Of Law In Support Of His Motion To Suppress Evidence.

3. Exhibit "3" to the Defendant Joshua Goldsmith's Memorandum Of Law In Support Of His Motion To Suppress Evidence.

4. Exhibit "4" to the Defendant Joshua Goldsmith's Memorandum Of Law In Support Of His Motion To Suppress Evidence.

The original documents are maintained in the case file in the Clerk's Office

Dated: January 11, 2005          //S// Stephen Hrones
                                 Attorney for Defendant Joshua Goldsmith
                                 BBO No. 242860
                                 HRONES GARRITY & HEDGES
                                 Lewis Wharf-Bay 232
                                 Boston, MA 02110
                                 T)617/227-4019