UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 03-10234-MLW |
| | ) |
| v. | ) |
| | ) |
| JOSHUA GOLDSMITH, *et al.* | ) |
| Defendants. | ) |
| | ) |

**JOINT MOTION TO ENLARGE TIME FOR FILING RESPONSE
TO DEFENDANT JOSHUA GOLDSMITH'S MOTION TO SUPPRESS**

Now come the parties in the above-captioned proceeding and respectfully request that this Honorable Court enlarge the time for the Government to file its response to Defendant Joshua Goldsmith's Motion to Suppress until April 1, 2005.  As grounds for this motion, the parties state the following:

1. The Defendant has already filed his motion to suppress.

2. The Defendant is now reconsidering whether he should proceed with the motion.

3. Instead, the Defendant wishes to re-enter plea negotiations with the Government.

4. Both parties assent to this motion.

|  | Respectfully Submitted, |
|---|---|
| The Defendant Joshua Goldsmith, | For the United States of America |
| By his attorneys, | By its attorneys, |
|  |  |
|  |  |
| //S//Stephen Hrones | //S//Susan M Powistilo |
| Stephen Hrones (BBO No. 242860) | Susan M. Poswistilo, AUSA |
| HRONES, GARRITY & HEDGES | United States Attys Offc |
| Lewis Wharf-Bay 232 | Moakley United States Cths, 9thFL |
| Boston, MA 02110 | 1 Courthouse Way |
| T)617/227-4019 | Boston, MA 02210 |
|  | T)617/748-3100 |

Dated:  January 28, 2005