UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                                  <u>**CRIMINAL  CASE**</u>

                                                                              <u>**NO.** 03-10234-MLW</u>
                    **V.**

<u>**JOHN GILLIES et al**</u>
           **Defendant(s)**


<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

    PLEASE TAKE NOTICE that the above-titled case has been set for a STATUS CONFERENCE  on <u>MARCH 21, 2005</u> at 12:00 P.M. before Judge Wolf in Courtroom # <u>10</u>  on the <u>5th</u>  floor.

                                            TONY ANASTAS
                                            CLERK OF COURT


<u>**March 10, 2005**</u>                              **By:**   /s/ Dennis O'Leary
       **Date**                                              **Deputy Clerk**

**Notice to:**
(crim-notice.wpd - 7/99)                                    [ntchrgcnf.]
                                                            [kntchrgcnf.]