UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 03-10234-MLW |
| | ) |
| v. | ) |
| | ) |
| JOSHUA GOLDSMITH, *et al.* | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT JOSHUA GOLDSMITH'S MOTION TO CONTINUE
STATUS CONFERENCE**

Now comes the defendant Joshua Goldsmith in the above-captioned proceeding and respectfully requests that this Honorable Court continue the Status Conference from March 21, 2005 until a date after April 4, 2005. As grounds therefor, the Defendant states that his attorney, Stephen Hrones, will be out of the country from March 19, 2005 through April 4, 2005.

Respectfully Submitted,
The Defendant Joshua Goldsmith,
By his attorneys,


//S//Stephen Hrones
Stephen Hrones (BBO No. 242860)
HRONES GARRITY & HEDGES LLP
Lewis Wharf-Bay 232
Boston, MA 02110
T)617/227-4019


Dated: March 16, 2005

**CERTIFICATE OF SERVICE**
Filed Electronically