**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>**UNITED STATES**</u>

**V.**

<u>**JOHN GILLIES et al**</u>
        **Defendant(s)**

**CRIMINAL  CASE**

<u>**NO.** 03-10234-MLW</u>

<u>**NOTICE OF CANCELLATION**</u>

<u>**WOLF, D.J.**</u>

       The <u>**INITIAL PRETRIAL CONFERENCE**</u> previously scheduled for <u>**MARCH 21,**</u>

<u>**2005**</u> at <u>**12:00 P.M.**</u> before Judge <u>**Wolf**</u>, has been **CANCELLED.  It is RESCHEDULED**

for <u>**April 7, 2005**</u> at <u>**2:00 P.M.**</u>

                                    **SARA A. THORNTON**
                                    **CLERK OF COURT**

<u>**March 17, 2005**</u>              **By:**   <u>/s/ Dennis O'Leary</u>
       **Date**                       **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                           [ntchrgcnf.]
                                            [kntchrgcnf.]