UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>JOSHUA GOLDSMITH       )<br>)<br>Defendant    ) | CRIMINAL NO:<br>03-10234-MLW |

**UNITED STATES' MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully seeks leave of Court, pursuant to Local Rule 7.1(B)(4), to file a memorandum in excess of twenty pages. Specifically, the United States seeks leave to file a twenty-four (24) page opposition to the motion to suppress filed by defendant Joshua Goldsmith. The additional pages are needed so that the government can fully and completely respond to the arguments raised by defendant Goldsmith, as well as present additional arguments to the Court as to why the motion to suppress should be denied.

Accordingly, the government requests that its motion be granted.

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:   /s/ Susan M. Poswistilo
                                        Susan M. Poswistilo
                                        Assistant U.S. Attorney