UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                                              **CRIMINAL  CASE**

                                                                                          **NO.** <u>**03-10234-MLW**</u>
                    **V.**

<u>**JOHN GILLIES et al**</u>
            **Defendant(s)**


## NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

 PLEASE TAKE NOTICE that the above-titled case has been set for a STATUS CONFERENCE on <u>SEPTEMBER 13, 2005</u> at 3:00 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5</u>th floor.

                                                                    SARAH A. THORNTON
                                                                    CLERK OF COURT

<u>**July 27, 2005**</u>                                                    **By:**    <u>**/s/ Dennis O'Leary**</u>
        **Date**                                                                  **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                                          [ntchrgcnf.]
                                                                                [kntchrgcnf.]