UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**  **CRIMINAL  CASE**

**NO. 03-10234-MLW**

V.

**JOHN GILLIES et al**
     **Defendant(s)**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **INITIAL PRETRIAL CONFERENCE** previously scheduled for **SEPTEMBER 13, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED to **SEPTEMBER 13, 2005** at **10:00 A.M.** in courtroom 10 on the fifth floor.

                               SARAH A. THORNTON
                               CLERK OF COURT

**August 25, 2005**                By:   **/s/ Dennis O'Leary**
   Date                                  **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                        [ntchrgcnf.]
                                                            [kntchrgcnf.]