UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10234

| United States of America | John Gillies et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Michael Pelgro | John Salzberg, |
| | Robert Goldstein, Martin Weinberg |
| | Jessica Hedges |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Twomey

CLERK'S NOTES

| DATES: | Initial Pre-trial Conference |
|---|---|
| 9/12/05 | Government informs the court that the defendant, Silver, intends to change his plea. Defendant Gillies informs the court that he intends to file a motion to suppress as well. Court schedules the change of plea for the defendant, Silver, for October 3, 2005 at 11:00 AM. Defendant, Goldsmith, requests an evidentiary hearing on his motion to suppress. Court orders defendant, Goldsmith to file an affidavit in support of his motion to suppress by 9/20/05. Defendant, Gillies, shall by, 10/7/2005, file his motion to suppress. Gov't response due by 10/21/05. Further scheduling conference will be held on 10/28/05 at 3:00 PM. |