```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA          ) | |
|         v.                        ) | |
| JOHN GILLIES,                     ) | |
|     a/k/a "David Martino"         )   | Cr. No. 03-10234-MLW |
|     a/k/a "Robert Burgess"        ) | |
| BENJAMIN SILVER,                  ) | |
|     a/k/a "Matthew C. Long"       ) | |
| and JOSHUA GOLDSMITH              ) | |

<u>ORDER</u>

WOLF, D.J.                                          September 14, 2005

For the reasons described in detail in court on September 13, 2005, it is hereby ORDERED that:

1. Defendant Joshua Goldsmith shall, by September 20, 2005, file an affidavit in support of his Motion to Suppress. The affidavit shall, among other things, address whether he has "standing" under the Fourth Amendment to challenge the search at issue.

2. Defendant John Gillies shall, by October 7, 2005, file his motion to suppress, supporting memorandum, and affidavit. Among other things, Gillies shall address whether there are material facts in dispute which require an evidentiary hearing. The government shall respond by October 21, 2005.

3. All parties shall be present for a conference on October 28, 2005, at 3:00 p.m., to determine whether an evidentiary hearing is required and to schedule at least an argument on the merits of the motions to suppress. Lead counsel, including Stephen B. Hrones, Esq., who is counsel for Goldsmith, shall attend. If Mr. Hrones, or

lead counsel for any other party to this action, has a compelling reason why he cannot attend, he shall file a motion to be excused by October 20, 2005.

                                                /s/ MARK L. WOLF
                                           UNITED STATES DISTRICT JUDGE