UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )      CRIMINAL NO. 03-10234-MLW
                         )
JOHN GILLIES             )
BEN SILVER and           )
JOSHUA GOLDSMITH         )
```

APPEARANCE OF GOVERNMENT COUNSEL

The undersigned Assistant U.S. Attorney hereby appears as counsel in this case and asks to be added to the docket for purposes of receiving electronic notices in this case.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
October 20, 2005              Assistant U.S. Attorney
                              (617) 748-3172
```

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon defendants' counsel, John Salsberg, Martin Weinberg, and Stephen Hrones, a copy of the foregoing document by first class mail.

```
                              /s/ Timothy Q. Feeley
                              TIMOTHY Q. FEELEY
                              Assistant U.S. Attorney
```