UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                       **CRIMINAL  CASE**

                                                                        **NO. 03-10234-MLW**
                            V.

**JOHN GILLIES et al**
            Defendant(s)

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** previously scheduled for **OCTOBER 28, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED for **OCTOBER 28, 2005** at **9:30 A.M.** in courtroom 10 on the fifth floor.

                                                                        SARAH A. THORNTON
                                                                        CLERK OF COURT

**October 21, 2005**                        By:    **/s/ Dennis O'Leary**
        Date                                                Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                                            [ntchrgcnf.]
                                                                            [kntchrgcnf.]