UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
         V.               )   CRIMINAL NO. 03-10234-MLW
                          )
JOHN GILLIES (1) and      )
JOSHUA GOLDSMITH (3)      )
```

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
<u>**MEMORANDUM IN EXCESS OF TWENTY PAGES**</u>

The government respectfully requests leave to file a memorandum of 22 pages in opposition to the suppression motions of defendants John gillies and Joshua Goldsmith.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  <u>/s/ Timothy Q. Feeley</u>
    TIMOTHY Q. FEELEY
    Assistant U.S. Attorney
    (617) 748-3172

October 21, 2005

<u>            </u>CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of October 2005 served upon defendants' counsel, John Salsberg and Stephen Hrones, a copy of the foregoing document by first class mail.

    <u>/s/ Timothy Q. Feeley</u>
    TIMOTHY Q. FEELEY
    Assistant U.S. Attorney