```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA           )
        v.                         )
JOHN GILLIES,                      )
    a/k/a "David Martino"          )    Cr. No. 03-10234-MLW
    a/k/a "Robert Burgess"         )
and JOSHUA GOLDSMITH               )
```

ORDER

WOLF, D.J.                                        October 28, 2005

For the reasons described in court on October 28, 2005, it is hereby ORDERED that:

1. An evidentiary hearing on the pending motions to suppress will commence on November 16, 2005, at 9:30 a.m. and, if necessary, continue on November 17, 18, and 21, 2005.

2. As agreed, by November 9, 2005: (a) each party shall provide any witness statements in its possession to opposing counsel; and (b) the government shall disclose all exculpatory or impeaching evidence relating to the suppression hearing.

3. Defendant Gillies's Motions for Leave to File a Memorandum in Excess of 20 Pages (Docket Nos. 129 and 133) are ALLOWED.

4. The United States's Motion for Leave to File Its Opposition to Motion to Suppress Out of Time (Docket No. 115) and its Motions for Leave to File Memorandum in Excess of 20 Pages (Docket Nos. 116 and 133) are ALLOWED.

    5. The parties' Joint Motion to Enlarge Time (Docket No. 101) is ALLOWED.

                                                         /s/ MARK L. WOLF
                                              UNITED STATES DISTRICT JUDGE

Case 1:03-cr-10234-MLW   Document 135   Filed 10/28/2005   Page 2 of 2