```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 03-10234-MLW |
| v. | ) | |
| | ) | |
| **JOHN GILLIES,** | ) | |
| a/k/a "Robert Burgess," and | ) | |
| a/k/a "David Martino", | ) | |
| **BEN SILVER,** | ) | |
| a/k/a " Matthew C. Long", and | ) | |
| **JOSHUA GOLDSMITH,** | ) | |
| | ) | |
| Defendants. | | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the United States of America in the above-captioned case.

```
                              /s/ Susan M. Poswistilo
                              SUSAN M. POSWISTILO
                              Assistant U.S. Attorney
```