
AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

**APPEARANCE**

Case Number: 03-10234-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Joshua Goldsmith**

Date: 11/17/05

Signature: *Michael Tumposky*

Print Name: Michael Tumposky

Address: Lewis Wharf - Bay 232

City: Boston   State: MA   Zip Code: 02130

Phone Number: 617 227 4014

BBO # 660618