UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR03-10234

| United States of America | John Gillies |
| --- | --- |
| PLAINTIFF | Joshua Goldsmith |
|  | DEFENDANT |
| Timothy Feeley | John Salsberg |
|  | Stephen Hrones |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
| --- | --- |
| 11/16/05 | Court allows the parties to give a brief opening statement.  Government makes a brief opening - defendants decline to do so.  Government calls Geoff Stephany - witness takes the stand and is sworn.  Court recesses for lunch.  Court resumes.  Government calls John Martin Ferrell - witness takes the stand and is sworn. Ferrrel ordered to cause the file from the Highpoint P.D. faxed to Boston.  If defense counsel after reviewing the file has no concerns the witness shall be excused.  Court is in recess until 9:00 AM tomorrow morning. |