UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10234

| United States of America | John Gillies |
| | Joshua Goldsmith |
| PLAINTIFF | DEFENDANT |
| Timothy Feeley | John Salsberg |
| | Stephen Hrones, Michael Tumposky |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 11/17/05 | Counsel for Goldsmith is not present at the start of the hearing. Co-counsel for defendant appear at 9:15. |
| | Court orders co-counsel to file an affidavit by 4:00 this afternoon explaining his tardiness. Court goes over preliminary matters with the parties. Government calls Kevin Hersey - witness takes the stand and is sworn. |
| | Attorney Hrones, lead counsel, for Goldsmith arrives in court at 9:30. Court orders the witness to request a copy of the State Police Barracks Evidence log and turn it over to AUSA Feeley by tomorrow, 11/18/2005. |
| | Government concludes its case. Defendants do not put on a case. Court is in recess until 2:00 PM today. |
| | Court resumes and listens to oral arguments from the parties. Court establishes filing deadline as 12/2 for supplemental briefing on the issues outlined in court. Parties ordered to confer and report whether the case is going to go to trial by Tuesday, November 22, 2005 at 4:00 PM. Replies shall be filed by 12/9/05. |