UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
        V.                )     CRIMINAL NO. 03-10234-MLW
                          )
JOSHUA GOLDSMITH (3)      )
```

**NOTICE OF REPORT TO THE COURT**

The government and defendant Joshua Goldsmith respectfully report that the parties will be unable to agree on a resolution of this case prior to this Court's action on the defendant's motion to suppress.

```
JOSHUA GOLDSMITH                    MICHAEL J. SULLIVAN
                                    United States Attorney


By: /s/ Michael L. Tumposky    By:  /s/ Timothy Q. Feeley
MICHAEL L. TUMPOSKY, ESQ.           TIMOTHY Q. FEELEY
Attorney for Defendant              Assistant U.S. Attorney
```

November 22, 2005