UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
          v.                      )
JOHN GILLIES,                     )
     a/k/a "David Martino"        )    Cr. No. 03-10234-MLW
     a/k/a "Robert Burgess"       )
and JOSHUA GOLDSMITH              )

ORDER

WOLF, D.J.                                 November 18, 2005

     For the reasons described in court on November 17, 2005, it is

hereby ORDERED that:

     1.  The parties shall, by December 2, 2005, submit

supplementary memoranda addressing any additional issues relating

to the motion to suppress that they would like the court to

consider. At a minimum, the memoranda shall address the Franks

issues that have emerged. See Franks v. Delaware, 438 U.S. 154

(1978). If the parties wish to file replies, they shall do so by

December 9, 2005. If the parties need more time to submit their

memoranda, they shall file a motion for an extension by November

30, 2005, and the court will extend the deadlines by one week.

     2. Counsel shall meet to confer about the possibility of

resolving this case by agreement and, by 4:00 p.m. on November 22,

2005, file a status report.


                          /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE