UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA   )        Criminal Case No. 03-10234-MLW
                                        )
v.                                      )
                                        )
JOSHUA GOLDSMITH              )
          Defendant.              )
_____)

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME**

Now comes the Defendant in the above-entitled matter and hereby moves this Court for

an enlargement of time until December 9, 2005, to file his supplemental motion to suppress

evidence.  As grounds therefore, the Defendant states the following:

1.  The motion addresses several complex legal issues and more time is necessary to fully brief

the relevant case law.

2.  Assistant United States Attorney Timothy Feeley assents to this motion.

                            Respectfully Submitted ,
                            Joshua Goldsmith,
                            By His Attorneys,


                            //s// Michael Tumposky
                            Stephen Hrones
                            BBO No. 242860
                            Michael Tumposky
                            BBO No. 660618
                            Hrones, Garrity & Hedges
                            Lewis Wharf -- Bay 232
                            Boston, MA  02110-3927
                            T) 617-227-4019

Dated: November 30, 2005

1

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this the 30th day of November, 2005, I have caused to be served a copy of this document where unable to do so electronically, by first-class mail, postage prepaid, to all counsel of record in this matter.

//s//Michael Tumposky
Michael Tumposky