UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA  )
                          )
        V.                )   CRIMINAL NO. 03-10234-MLW
                          )
JOSHUA GOLDSMITH (3)      )
```

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The government respectfully requests that the time within which it may file a supplemental memorandum concerning the defendant's pending suppression motion be extended one week, until December 9, 2005. As grounds therefor, defendant Joshua Goldsmith has requested the same additional time, and the government, like the defendant, seeks the extension so that it can address in a meaningful and helpful way the several suppression issues framed by the recent evidentiary hearing.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                      By:  /s/ Timothy Q. Feeley
                                            TIMOTHY Q. FEELEY
November 29, 2005                   Assistant U.S. Attorney

---

CERTIFICATE OF SERVICE

This is to certify that I have this 29th day of November 2005

served upon defendants' counsel, Stephen Hrones, a copy of the foregoing document by electronic filing notice.

                                                <u>/s/ Timothy Q. Feeley</u>
                                                TIMOTHY Q. FEELEY
                                                Assistant U.S. Attorney