UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>              )<br>     V.        )<br>              )<br>JOSHUA GOLDSMITH (3)    ) | CRIMINAL NO. 03-10234-MLW |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
**MEMORANDUM IN EXCESS OF TWENTY PAGES**

The government respectfully requests leave to file a memorandum of 52 pages in opposition to the suppression motion of defendant Joshua Goldsmith. As grounds therefor, the government states that it has included requested findings of fact and rulings of law in its memorandum, and has addressed a series of issues that include "standing" to contest both the seizure and the search of the crate, probable cause, the <u>Leon</u> good-faith exception to the exclusionary rule, and <u>Franks v. Delaware</u>, 438 U.S. 154 (1978).

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ Timothy Q. Feeley
                                    TIMOTHY Q. FEELEY
                                    Assistant U.S. Attorney
                                    (617) 748-3172

December 9, 2005


CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of December 2005

served upon defendant's counsel, Stephen Hrones, a copy of the foregoing document by electronic filing notice

/s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
