UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 03-10234-MLW |
| ) | |
| v. ) | |
| ) | |
| JOSHUA GOLDSMITH et al. ) | |
|     Defendant. ) | |

**DEFENDANT JOSHUA GOLDSMITH'S MOTION FOR LEAVE TO FILE
IN EXCESS OF TWENTY PAGES**

Now comes the Defendant, Joshua Goldsmith, and hereby moves this Court pursuant to Local Rule 7.1(B)(4), for leave to file a memorandum in excess of twenty pages. As grounds therefore, the Defendant states the following:

1. The Defendant's second supplemental memorandum, prepared pursuant to the court's order at the suppression hearing, is currently twenty-three (23) pages.

2. The additional pages are needed so that the Defendant can fully and completely respond to the issues raised at the hearing, as well as present additional arguments to the Court as to why the motion to suppress should be granted.

                Respectfully Submitted,
                Joshua Goldsmith,
                By His Attorneys,

                //s//Stephen Hrones
                Stephen Hrones
                BBO No. 242860
Dated: December 9, 2005      Michael Tumposky
                BBO No. 660618
                Hrones, Garrity & Hedges

Lewis Wharf -- Bay 232
Boston, MA  02110-3927
T) 617-227-4019

**CERTIFICATE OF SERVICE**

I, Stephen Hrones, hereby certify that, on this the 9th day of December, 2005, I have caused to be served a copy of this document where unable to do so electronically, by first-class mail, postage prepaid, to all counsel of record in this matter.

//s//Stephen Hrones
Stephen Hrones