```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
         v.                  )    Cr. A. No.03-10234-MLW
                             )
JOSHUA GOLDSMITH             )
```

## ORDER

WOLF, D.J.                                           January 9, 2006

In view of the recent briefing, a further hearing on defendant Joshua Goldsmith's Motion to Suppress is necessary. It will be held on January 17, 2006, at 2:30 p.m.

```
                         /S/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE
```