UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10234

| United States of America | Joshua Goldsmith |
|---|---|
| PLAINTIFF | DEFENDANT |
| Timothy Feeley | Stephen Hrones |
| | Michael Tumposky |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/17/06 | Attorney Hrones is not present at the start of the hearing. Court proceeds without him. Attorney Hrones arrives at 2:35. Court listens to further oral arguments from the parties on the defendant's motion to suppress. Court takes the matter under advisement. Court orders the government to order the transcript. Court orders Hrones to appear on time in the future. Failure to do so could result in a civil or criminal contempt. |