UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Cr. No. 03-10234-MLW |
| ) | |
| JOSHUA GOLDSMITH    ) | |

<u>ORDER</u>

WOLF, D.J.                                                          January 18, 2006

As stated in court on January 17, 2006, because defendant Joshua Goldsmith's counsel Stephen Hrones, Esq., has been late for the last two hearings in this cases, it is hereby ORDERED that Mr. Hrones shall appear on time for all court events. Any failure to do so may be deemed a criminal and/or civil contempt.

                                       /s/ MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE