```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 03-10234-MLW |
| | ) | |
| JOSHUA GOLDSMITH | ) | |

### ORDER

WOLF, D.J.                                              March 14, 2006

I.   SUMMARY

    The court has denied defendant Joshua Goldsmith's Motion to Suppress. Accordingly, it is hereby ORDERED that:

    1.   Counsel shall confer and, by March 24, 2006, inform the court whether a trial will be necessary.

    2.   A scheduling conference, or a Rule 11 hearing, will be held on March 28, 2006, at 3:00 p.m.


                                         /s/    Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE