UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10234

| United States of America | Joshua Goldsmith |
|---|---|
| PLAINTIFF | DEFENDANT |
| Timothy Feeley | Stephen Hrones |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 3/28/06 | Plea Agreement marked as exhibit 1 |
| | Defendant takes the stand and is sworn |
| | Plea colloquy given |
| | Government states the maximum penalty for each count |
| | Government states the evidence it would present had the case gone to trial |
| | Defendant pleads guilty to counts 1-3 |
| | Court accepts the defendant's pleas and directs the clerk to enter the same |
| | Sentencing set for June 21, 2006 at 2:30 PM - Procedural order to issue |
| | Defendant's release is continued on the same conditions pending sentencing |