UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR03-10234

| United States of America | Joshua Goldsmith |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Lang | Stephen Hrones |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/21/06 | Court adopts the factual allegations contained in the pre-sentence report without objection by the parties. Court calculates the guidelines. Government recommends a sentence of 60 months. Defendant joins in the government's recommendation. Defendant addresses the court. Formal sentencing: 60 months custody followed by 48 months supervised release on the standard conditions plus the special conditions of cooperating in the collection of a DNA sample, not posses a firearm or other dangerous weapon, substance abuse treatment and testing, mental health counseling, defendant shall contribute to the costs of such programs. Court does not impose a fine but does impose the mandatory $300 special assessment fee. Court makes a judicial recommendation to BOP that the defendant participate in the 500 hour drug program and mental health counseling. Defendant advised of his rights to appeal and to counsel. Defendant requests a self report date. Court allows the request and continues the defendant's release on the same conditions and shall self report to BOP facility by 12:00 PM on August 7, 2006. Court denies the defendant's request for a recommendation to a BOP facility in California. |